

Signed and Filed: December 15, 2009

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re KI O. SON,Debtor. | Case No. 07-31429 TECChapter 7 |
| HEUNG SER PARK,Plaintiff,vs.KI O. SON, dba SON GENERAL CONSTRUCTION,Defendant. | Adv. Proc. No. 08-3011 TC |

### MEMORANDUM DECISION

Debtor Ki O. Son (Debtor) is a licensed general contractor. In 2004, Debtor contracted to build a single-family residence for Creditor Heung Ser Park (Creditor) at 22810 Mercedes Road, Cupertino, California.

A dispute arose regarding the contract, leading Debtor to file suit against Creditor in the Santa Clara County Superior Court, and Creditor to file a counterclaim against Debtor. On October 3,

MEMORANDUM DECISION-1-

2007, the suit was settled before trial on terms stated on the record before the Honorable Leslie C. Nichols (the Settlement).

The Settlement provided that if Debtor did not pay Creditor $380,000 by a specified date, judgment would be entered against Debtor in the amount of $480,000. Debtor also stipulated that he intentionally misrepresented certain material facts, that Creditor justifiably relied upon Debtor's misrepresentations, and that the judgment and stipulations were to have binding effect in any subsequent bankruptcy that Debtor might file.

Debtor failed to perform the Settlement and instead filed a petition under chapter 11 of the Bankruptcy Code on November 1, 2007. On February 6, 2008, Creditor filed an action seeking a determination that Debtor's liability under the Settlement was non-dischargeable under section 523(a)(2). On May 23, 2008, this court granted relief from stay to permit Creditor to obtain a judgment enforcing the Settlement from the Superior Court. The parties would then return to this court to determine whether that judgement should be excepted from discharge.

On June 19, 2008, Judge Nichols entered judgment against Debtor in the amount of $480,000 plus prejudgment interest of $25,644 (the Judgment). In granting the Judgment, Judge Nichols made the following findings.

> (2) The court finds that Son committed actual fraud against Park based upon the facts admitted to by Son at the Hearing. The Court makes the following legal and factual findings: (a) that Son willfully deceived and made material misrepresentations to Park, including that he had obtained the necessary permits and approvals from the City of Cupertino for the foundation work and the excavation work he performed at Park's real property; (b) Son made the misrepresentations set forth above in paragraph 2(a) with knowledge of their falsity, with intent to induce Park to tender payments pursuant to the

MEMORANDUM DECISION         -2-

>           construction contract; (c) Park justifiably relied on
>           Son's misrepresentations set forth above in paragraph
>           2(a); and (d) as a proximate and direct result of Son's
>           misrepresentations set forth above in paragraph 2(a),
>           Park has been damaged in an amount substantially more
>           than the amount agreed upon by the parties.

Debtor brought a motion in the Superior Court to set aside the Judgment, which motion Judge Nichols denied on January 8, 2009. Debtor filed a notice of appeal from the Judgment, but failed to follow through and the appeal was dismissed. Creditor brought a motion for summary judgment seeking to have this court determine that all the elements of non-dischargeablility under section 523(a)(2) had been established in Judge Nichols' decision. This court granted the motion in part, determining that the Judgment established all issues related to non-dischargeability except one. This court determined that Judge Nichols' findings were somewhat vague as to how Debtor's misrepresentations caused the damages awarded and, out of an abundance of caution, set that matter for trial.

     This court held a trial on October 21, 2009 and November 18, 2009, to determine whether the damages awarded in the Judgment were properly attributable to the misconduct described in the Judgment. Arthur Chambers appeared for Creditor. Iain A. Macdonald appeared for Debtor. Upon due consideration of the evidence presented at trial, the court now makes the following findings of fact and conclusions of law.

FINDINGS OF FACT

     (1) In December 2004, Debtor poured the foundation for the house without obtaining the necessary prior inspection of the metal reinforcing to be covered by the poured concrete.

**MEMORANDUM DECISION** -3-

(2) Debtor was not able by alternate means to prove to the satisfaction of the City of Cupertino (the City) that the foundation was reinforced in the manner required by law.

(3) Debtor went on to erect the wooden framing for the house before obtaining approval of the foundation from the City.

(4) As a result of Debtor's failure to obtain the necessary prior inspection of the foundation reinforcement, the City would not permit the house to be completed without removing the existing foundation and building a new foundation.

(5) Debtor did not remove the defective foundation and replace it with a properly constructed foundation.

(6) Creditor did not have sufficient funds both to pay another contractor to rebuild the foundation and to make payments on the mortgage on the lot. Creditor lost the lot and improvements to foreclosure.

(7) As a result of Debtor's conduct, Creditor lost the value of the entire amount he paid Debtor (at least $328,790), and the down payment on the lot ($280,000).

(8) The loss of the amounts paid to Debtor and the loss of the down payment on the lot were foreseeable results of Debtor's misrepresentations regarding construction of the foundation.

CONCLUSIONS OF LAW

(1) The damages awarded in the Judgment were foreseeable and proximately caused by Debtor's misrepresentations.

(2) The entire amount of the Judgment should be excepted from discharge, because the entire amount of the Judgment arose out of Debtor's fraudulent conduct. <u>Cohen v. De La Cruz</u>, 523 U.S. 213 (1998).

**\*\*END OF MEMORANDUM DECISION\*\***

MEMORANDUM DECISION -4-

1 | <u>**Court Service List**</u>
---|---
2 |
3 | Arthur Chambers, Esq.
  | Joong Im, Esq.
4 | Law Offices of Arthur C. Chambers
  | 2095 Van Ness Avenue
5 | San Francisco, CA 94109
6 | Iain A. Macdonald, Esq.
  | Macdonald & Associates
7 | 221 Sansome Street, Third Floor
  | San Francisco, CA 94104
8 |
  | Todd M. Arnold, Esq.
9 | Levene, Neale, Bender, Rankin, and Brill
  | 10250 Constellation Blvd. Suite 1700
10 | Los Angeles, CA 90067